JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0712 MHP |
|     Plaintiff, ) | |
|   v. ) | MOTION AND [PROPOSED] ORDER FOR FINGERPRINT EXEMPLARS |
| ENRIQUE FAURRIETA-RODRIGUEZ, ) | |
|     Defendant. ) | |

The United States of America respectfully requests that this Court enter an Order requiring the defendant to provide fingerprint exemplars to allow comparison of his fingerprints in this case.  This request is supported by the attached Memorandum and Points and Authorities.

MEMORANDUM AND POINTS AND AUTHORITIES

The defendant is charged with Illegal Reentry Following Deportation in violation of 8 U.S.C. § 1326.  The United States anticipates that relevant evidence, especially concerning documents from prior immigration proceedings, will come from records that contain rolled inked impression fingerprint samples that identify the person to whom the documents relate.  The

MOTION AND [PROPOSED] ORDER
FOR FINGERPRINT EXEMPLARS;
U.S. v. FAURRIETA-RODRIGUEZ;
CR 09-0712 MHP

United States requests that this Court order the defendant to provide complete fingerprint exemplars for comparison purposes. Additionally, for purposes of making the evidence more clear for the jury, the United States wishes to have the defendant's fingerprints taken by the technician it plans to call at trial.

No constitutional rights of a defendant or suspect are infringed if he is required to give fingerprint, handwriting, or voice exemplars. The compelled display of identifiable physical characteristics infringes no interest protected by the privilege against self-incrimination. *Holt v. United States*, 218 U.S. 245, 252-53 (1910); *Schmerber v. California*, 384 U.S. 757, 760-65 (1965); *United States v. Dionizio*, 410 U.S. 1, 5-6 (1973). More specifically, fingerprint evidence does not fall within the Fifth Amendment's privilege against self-incrimination. Compelling a criminal suspect to exhibit his fingerprints is not the forced extraction of testimonial or communicative evidence contemplated by the Fifth Amendment. *United States v. Thomann*, 609 F.2d 560, 562 (1st Cir. 1979).

The Fourth Amendment permits fingerprinting of individuals "if there is a reasonable basis for believing that fingerprinting will establish or negate the suspect's connection with that crime, and if the procedure is carried out with dispatch." *See Hayes v. Florida*, 470 U.S. 811, 817 (1985).

Finally, I have conferred with the defendant's counsel. The defense is willing to submit the matter to Your Honor without briefing the issue or insisting on a hearing.

DATED: August 25, 2009                     Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                    /s/
                                           DARYL T. EREMIN
                                           Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER
FOR FINGERPRINT EXEMPLARS;
U.S. v. FAURRIETA-RODRIGUEZ;
CR 09-0712 MHP                             2

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 522-6031
    Facsimile: (415) 436-7234
    E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ENRIQUE FAURRIETA-RODRIGUEZ, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | Criminal No. CR 09-0712 MHP <br><br> [PROPOSED] ORDER FOR FINGERPRINT EXEMPLARS |

Upon motion of the United States of America, and good cause appearing:

IT IS HEREBY ORDERED that ENRIQUE FAURRIETA-RODRIGUEZ shall provide complete rolled inked fingerprint samples, of sufficient quality and clarity to permit comparison, to a fingerprint examiner selected by counsel for the United States or any law enforcement representative designated or requested by counsel for the United States to obtain said samples.

DATED this __8th__ day of __September__, 2009.

_____
HON. MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

MOTION AND [PROPOSED] ORDER
FOR FINGERPRINT EXEMPLARS;
U.S. v. FAURRIETA-RODRIGUEZ;
CR 09-0712 MHP                                3