Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ENRIQUE FAURRIETA-RODRIQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENRIQUE FAURRIETA-RODRIGUEZ, ) <br> ) <br> Defendant. ) | CR-09–0712-MHP <br><br> STIPULATION AND ORDER VACATING TRIAL DATE FOR ENTRY OF PLEA |

    Defendant, ENRIQUE FAURRIETA-RODRIGUEZ, is scheduled for trial on September 29, 2009, and a pre-trial conference is set for September 24, 2009. By and through defendant's counsel of record, George C. Boisseau, defendant wishes to enter a guilty plea to the one-count indictment and requests that the matter be set for October 2, 2009 at 3:00 in the afternoon for entry of plea. With the agreement of the government, defendant respectfully requests that the matter be set for entry of plea on October 2, 2009, and that the pre-trial conference and trial dates be vacated.

    It is hereby agreed that defendant's pre-trial conference and trial dates be vacated and the matter be set for October 2, 2009 and 3:00 in the afternoon for entry of plea.

    Dated: September 22, 2009

                                                          /s/
                                         GEORGE C. BOISSEAU

                                         Attorney for Defendant
                                         ENRIQUE FAURRIETA-RODRIQUEZ

1    IT IS SO STIPULATED.

2    Dated: September 22, 2009

3                                                     /s/
                                         DARYL T. EREMIN
4                                        Special Assistant U.S. Attorney

5                                    ORDER

6    GOOD CAUSE APPEARING, it is hereby ordered that the trial in this matter, set for

7 September 29, 2009, be vacated and that a hearing on October 2, 2009 at 3:00 in the afternoon be

8 set for change of plea.

9    IT IS SO ORDERED.

10   Dated:  9/23/2009

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28